EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Armando E. González Maldonado | 2002 TSPR 153 <br><br> 158 DPR _____ |

Número del Caso: TS-5643


Fecha: 19/diciembre/2002


Oficina de Inspección de Notarías:
                          Lcda. Carmen H. Carlos
                          Directora


Abogado de la Parte Querellada:
                          Por Derecho Propio


Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Armando E. González Maldonado

                              TS-5643




                         RESOLUCION



San Juan, Puerto Rico, a 19 de diciembre de 2002.


        Vista la moción solicitando la reinstalación, se autoriza la reinstalación limitada del peticionario al ejercicio de la abogacía.

        Se concede término de treinta días a la Oficina de Inspección de Notarías para que informe el estado de la obra notarial.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Hernández Denton y Rivera Pérez no intervinieron.



                              Patricia Otón Olivieri
                              Secretaria del Tribunal Supremo